278 U.S. 580
 49 S.Ct. 184
 73 L.Ed. 517
 FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, appellant,
v.
Albert CONWAY, as Superintendent of Insurance of the State of New York.
 No. 376.
 Supreme Court of the United States
 January 14, 1929
 
 PER CURIAM.
 
 
 1
 Affirmed on the authority of Meccano, Ltd., v. Wanamaker, 253 U. S. 136, 141, 40 S. Ct. 463, 64 L. Ed. 822; Chicago, Great Western Ry. v. Kendall, 266 U. S. 94, 100, 45 S. Ct. 55, 69 L. Ed. 183; Foster-Fountain Packing Co. v. Haydel (No. 68) 278 U. S. 1, 49 S. Ct. 18 73 L. Ed. —, decided October 15, 1928.